788 A.2d 282

IN THE MATTER OF IAN JAY JOSKOWITZ,
AN ATTORNEY AT LAW.

January 25, 2002.

### ORDER

**IAN JAY JOSKOWITZ** of **BAYONNE,** who was admitted to the bar of this State in 2001, having been ordered to show cause,

*inter alia,* why he should not be temporarily suspended from the practice of law for failure to provide quarterly certifications of his employment status as ordered by the Court on January 11, 2001, and respondent having failed to appear on the return date of the Order to Show Cause, and good cause appearing;

It is ORDERED that **IAN JAY JOŠKOWITZ** is temporarily suspended from the practice of law until he complies with the Order of January 11, 2001, and until the further Order of this Court, effective immediately; and it is further

ORDERED that **IAN JAY JOSKOWITZ** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **IAN JAY JOSKOWITZ** comply with *Rule* 1:20–20 dealing with suspended attorneys.